IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| UNITED STATES OF AMERICA, | Case No. 23-3120-01-CR-S-MDH |
|---|---|
| Plaintiff, | **COUNT 1**<br>21 U.S.C. § 841(a)(1) and (b)(1)(C)<br>NMT 20 Years Imprisonment<br>NMT $1 Million Fine<br>NLT 3 Years Supervised Release<br>Class C Felony |
| v. | |
| PATRICIA A. MASON,<br>[DOB: 10/24/1985], | |
| Defendant. | $100 Special Assessment (All Counts) |

## INFORMATION

### THE UNITED STATES ATTORNEY CHARGES THAT:

### COUNT 1
(Possession with the Intent to Distribute a Mixture or Substance Containing a Detectable Amount of Fentanyl)
21 U.S.C. § 841(a)(1) and (b)(1)(C)

On or about September 20, 2022, in Laclede County, in the Western District of Missouri, the defendant, **PATRICIA A. MASON**, knowingly and intentionally possessed, with the intent to distribute, a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenyehtyl)-4-piperidinyl] propenamide (fentanyl), a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

Respectfully submitted,

TERESA A. MOORE
United States Attorney

/s/ Patrick Carney
PATRICK CARNEY
Assistant United States Attorney

DATED: 11/13/2023
Springfield, Missouri